United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14184-amc |
| Celena D. Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 05, 2024 | Form ID: 309I | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Celena D. Brown, 6716 N Sydenham Street, Philadelphia, PA 19126-2718 |
| tr | + | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1554 |
| 14948423 | + | Community Neurology Associates, Attn: Billing Dept, 3400 Aramingo Avenue, Suite A7, Philadelphia, PA 19134-4513 |
| 14948428 | | Emblem Mastercard, P.O. Box 772801, Chicago, IL 60677-2801 |
| 14948429 | | Enstein Practice Plan, P.O. Box 780003, Philadelphia, PA 19178-0003 |
| 14948430 | | Grimley Financial Corporation, 1415 Route 70 East, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 14948432 | | Jefferson Health, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14948433 | | LendKey Technologies, P.O. Box 824575, Philadelphia, PA 19182-4575 |
| 14948440 | | Oral & Maxillofacial Surgical Associates, 2100 N Broad Street, Suite 106, Lansdale, PA 19446-1052 |
| 14948443 | | PennyMac Loan Services, LLC, P.O. Box 4095, Carol Stream, IL 60197-4095 |
| 14948446 | + | Quest Diagnostics, P.O. Box 852, South Windsor, CT 06074-0852 |
| 14956864 | + | Sloan Servicing on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 14948449 | | Sundance Vacations Network Inc., P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 14948451 | | Tower Health, P.O. Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dmo160west@gmail.com | Dec 05 2024 23:58:00 | DAVID M. OFFEN, The Curtis Center, 601 Walnut Street, Suite 160 West, Philadelphia, PA 19106 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2024 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 06 2024 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 05 2024 23:58:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14948416 | | Email/Text: legal@arsnational.com | Dec 05 2024 23:58:00 | ARS National Services Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14948415 | | Email/Text: tropiann@einstein.edu | Dec 05 2024 23:58:00 | Albert Einstein Hospital - OP, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14948420 | | Email/Text: cfcbackoffice@contfinco.com | Dec 05 2024 23:58:00 | Cerulean, P.O. Box 6812, Carol Stream, IL 60197-6812 |
| 14948424 | | Email/Text: cfcbackoffice@contfinco.com | Dec 05 2024 23:58:00 | Continental Finance Co, Attn: Bankruptcy, 4550 |

Case 24-14184-amc    Doc 13    Filed 12/07/24    Entered 12/08/24 00:33:58    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 309I | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| 14948454 | Email/Text: cfcbackoffice@contfinco.com | | Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| | | Dec 05 2024 23:58:00 | Verve, P.O. Box 6812, Carol Stream, IL 60197-6812 |
| 14948417 | + EDI: CAPITALONE.COM | Dec 06 2024 04:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14948418 | EDI: CAPITALONE.COM | Dec 06 2024 04:53:00 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14948419 | + Email/Text: bankruptcy@cavps.com | Dec 05 2024 23:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14950233 | + Email/Text: bankruptcy@cavps.com | Dec 05 2024 23:58:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14949854 | + Email/Text: bankruptcy@cavps.com | Dec 05 2024 23:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14948421 | + EDI: CITICORP | Dec 06 2024 04:53:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14948422 | EDI: CITICORP | Dec 06 2024 04:53:00 | Citibank / Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 14948434 | EDI: CITICORP | Dec 06 2024 04:53:00 | Macy, P.O. Box 183083, Columbus, OH 43218-3083 |
| 14948425 | EDI: DISCOVER | Dec 06 2024 04:53:00 | Discover, P.O. Box 70176, Philadelphia, PA 19176-0176 |
| 14956622 | EDI: DISCOVER | Dec 06 2024 04:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14948426 | + EDI: DISCOVER | Dec 06 2024 04:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14948427 | Email/Text: tropiann@einstein.edu | Dec 05 2024 23:58:00 | Einstein Medical Center, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14948431 | EDI: JEFFERSONCAP.COM | Dec 06 2024 04:53:00 | Jefferson Capital Systems, LLC, Dept #6419, P.O. Box 11407, Birmingham, AL 35246-6419 |
| 14948435 | + EDI: MAXMSAIDV | Dec 06 2024 04:53:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14948436 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 05 2024 23:58:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14948437 | + EDI: AGFINANCE.COM | Dec 06 2024 04:53:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14948438 | EDI: AGFINANCE.COM | Dec 06 2024 04:53:00 | OneMain, P.O. Box 981037, Boston, MA 02298-1037 |
| 14948439 | EDI: AGFINANCE.COM | Dec 06 2024 04:53:00 | OneMain, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 14948444 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2024 23:58:00 | PNC Bank, P.O. Box 71335, Philadelphia, PA 19176-1335 |
| 14948445 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2024 23:58:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 14948441 | Email/Text: recovery@paypal.com | Dec 05 2024 23:58:00 | PayPal, P.O. Box 45950, Omaha, NE 68145-0950 |
| 14948442 | + Email/PDF: ebnotices@pnmac.com | Dec 05 2024 23:59:40 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14948447 | ^ MEBN | Dec 05 2024 23:54:14 | Quest Diagnostics, c/o Arstrat, LLC, P.O. Box 33720, Detroit, MI 48232-3720 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 309I | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14948448 | + | Email/Text: ngisupport@radiusgs.com | Dec 05 2024 23:58:00 | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 14948450 | + | EDI: SYNC | Dec 06 2024 04:53:00 | Synchrony Bank/Sams/Home Depot, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14948452 | + | EDI: LCIUPSTART | Dec 06 2024 04:53:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14948453 | + | EDI: LCIUPSTART | Dec 06 2024 04:53:00 | Upstart Network Inc/cu, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 14956815 | ^ | MEBN | Dec 05 2024 23:54:01 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14948455 | + | EDI: AGFINANCE.COM | Dec 06 2024 04:53:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Celena D. Brown dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Celena D. Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3115<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13   11/21/24 |
| Case number: | 24–14184–amc | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                        10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Celena D. Brown | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6716 N Sydenham Street<br>Philadelphia, PA 19126–2718 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | Contact phone (215) 625–9600<br>Email: dmo160west@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br>Contact phone (215)408–2800<br>Date: 12/5/24 |

**For more information, see page 2**

Official Form 309I                **Notice of Chapter 13 Bankruptcy Case**                page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 17, 2025 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/18/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/30/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/20/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $2000.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/30/25** at **9:30 AM** , Location: **HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |