United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14184-djb

Celena D. Brown  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Jun 18, 2025  Form ID: 155  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Celena D. Brown, 6716 N Sydenham Street, Philadelphia, PA 19126-2718 |
| 14948423 | + | Community Neurology Associates, Attn: Billing Dept, 3400 Aramingo Avenue, Suite A7, Philadelphia, PA 19134-4513 |
| 14948428 | | Emblem Mastercard, P.O. Box 772801, Chicago, IL 60677-2801 |
| 14948429 | | Enstein Practice Plan, P.O. Box 780003, Philadelphia, PA 19178-0003 |
| 14948432 | | Jefferson Health, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14948433 | | LendKey Technologies, P.O. Box 824575, Philadelphia, PA 19182-4575 |
| 14948440 | | Oral & Maxillofacial Surgical Associates, 2100 N Broad Street, Suite 106, Lansdale, PA 19446-1052 |
| 14956294 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14948446 | + | Quest Diagnostics, P.O. Box 852, South Windsor, CT 06074-0852 |
| 14956864 | + | Sloan Servicing on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 14948449 | | Sundance Vacations Network Inc., P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 14948451 | | Tower Health, P.O. Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948416 | | Email/Text: legal@arsnational.com | Jun 19 2025 01:55:00 | ARS National Services Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14984011 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 19 2025 02:25:28 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 14984200 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 19 2025 02:35:36 | Aidvantage on behalf of Dept of Education, PO Box 4450, Portland OR 97208-4450 |
| 14948415 | | Email/Text: tropiann@einstein.edu | Jun 19 2025 01:55:00 | Albert Einstein Hospital - OP, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14994401 | | Email/Text: megan.harper@phila.gov | Jun 19 2025 01:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14948420 | | Email/Text: cfcbackoffice@contfinco.com | Jun 19 2025 01:55:00 | Cerulean, P.O. Box 6812, Carol Stream, IL 60197-6812 |
| 14948424 | | Email/Text: cfcbackoffice@contfinco.com | Jun 19 2025 01:55:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14948454 | | Email/Text: cfcbackoffice@contfinco.com | Jun 19 2025 01:55:00 | Verve, P.O. Box 6812, Carol Stream, IL 60197-6812 |
| 14948417 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2025 02:03:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14948418 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2025 02:25:16 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14948419 | + | Email/Text: bankruptcy@cavps.com | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14950233 | + | Email/Text: bankruptcy@cavps.com | Jun 19 2025 01:55:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14949854 | + | Email/Text: bankruptcy@cavps.com | Jun 19 2025 01:55:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14948421 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2025 01:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14948422 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2025 01:48:34 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14948434 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2025 02:25:29 | Citibank / Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 14948425 | | Email/Text: mrdiscen@discover.com | Jun 19 2025 02:35:41 | Macy, P.O. Box 183083, Columbus, OH 43218-3083 |
| 14956622 | | Email/Text: mrdiscen@discover.com | Jun 19 2025 01:54:00 | Discover, P.O. Box 70176, Philadelphia, PA 19176-0176 |
| 14948426 | + | Email/Text: mrdiscen@discover.com | Jun 19 2025 01:54:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14982041 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 19 2025 01:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14948427 | | Email/Text: tropiann@einstein.edu | Jun 19 2025 01:55:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14948430 | ^ | MEBN | Jun 19 2025 01:55:00 | Einstein Medical Center, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14970095 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2025 00:37:56 | Grimley Financial Corporation, 1415 Route 70 East, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 14971088 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2025 01:55:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14948431 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2025 01:55:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14948435 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 19 2025 01:55:00 | Jefferson Capital Systems, LLC, Dept #6419, P.O. Box 11407, Birmingham, AL 35246-6419 |
| 14948436 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 19 2025 01:31:29 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14948437 | + | Email/PDF: cbp@omf.com | Jun 19 2025 01:55:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14948438 | | Email/PDF: cbp@omf.com | Jun 19 2025 02:14:46 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14948439 | | Email/PDF: cbp@omf.com | Jun 19 2025 01:29:39 | OneMain, P.O. Box 981037, Boston, MA 02298-1037 |
| 14950468 | ^ | MEBN | Jun 19 2025 02:14:41 | OneMain, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 14948444 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 00:37:44 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14948445 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 19 2025 01:54:00 | PNC Bank, P.O. Box 71335, Philadelphia, PA 19176-1335 |
| 14948441 | | Email/Text: recovery@paypal.com | Jun 19 2025 01:54:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 14948442 | + | Email/PDF: ebnotices@pnmac.com | Jun 19 2025 01:54:00 | PayPal, P.O. Box 45950, Omaha, NE 68145-0950 |
| | | | Jun 19 2025 02:14:31 | PennyMac Loan Services, LLC, Attn: |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 155 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14948443 | | Email/PDF: ebnotices@pnmac.com | Jun 19 2025 01:31:34 | PennyMac Loan Services, LLC, P.O. Box 4095, Carol Stream, IL 60197-4095 |
| 14964181 | + | Email/PDF: ebnotices@pnmac.com | Jun 19 2025 01:48:56 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14968897 | ^ | MEBN | Jun 19 2025 00:37:46 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14948447 | ^ | MEBN | Jun 19 2025 00:37:47 | Quest Diagnostics, c/o Arstrat, LLC, P.O. Box 33720, Detroit, MI 48232-3720 |
| 14948448 | + | Email/Text: ngisupport@radiusgs.com | Jun 19 2025 01:55:00 | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 14956864 | ^ | MEBN | Jun 19 2025 00:37:57 | Sloan Servicing on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 14948450 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2025 02:04:14 | Synchrony Bank/Sams/Home Depot, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14948452 | + | Email/Text: LCI@upstart.com | Jun 19 2025 01:55:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14948453 | + | Email/Text: LCI@upstart.com | Jun 19 2025 01:55:00 | Upstart Network Inc/cu, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 14956815 | ^ | MEBN | Jun 19 2025 00:37:43 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14948455 | + | Email/PDF: cbp@omf.com | Jun 19 2025 02:02:53 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

**Name**            **Email Address**
DAVID M. OFFEN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 18, 2025 | Form ID: 155 | Total Noticed: 57 |

on behalf of Debtor Celena D. Brown dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Celena D. Brown                                  Case No. 24−14184−djb

   Debtor(s).                                        Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 18, 2025                                                              For The Court

                                                                                                                                                   Derek J Baker  
                                                                                                                                                   Judge, United States Bankruptcy Court